IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DWAYNE NAYCON HOOKS, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 5:20-CV-00063-RWS |
| | § |
| v. | § |
| | § |
| WARDEN SALMONSON, | § |
| | § |
| Defendant. | § |

**ORDER**

Dwayne N. Hooks, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of the Court.

The Magistrate Judge has submitted a Report and Recommendation recommending the petition be dismissed. Docket No. 3. No objections to the Report and Recommendation have been filed.[1] Accordingly, Petitioner is not entitled to *de novo* review of the unobjected-to factual findings and legal conclusions contained in the Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

---

[1] The Report and Recommendation was mailed to Petitioner's last known address on November 2, 2021. Petitioner is a *pro se* litigant and, under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the Court with a physical address and are responsible for keeping the clerk advised in writing of the current address. Local Rule CV-11(d). To date, Petitioner has not acknowledged receipt of the Report and Recommendation.

Nonetheless, the Court has reviewed the pleadings in this case and the Report and Recommendation and agrees with the Report and Recommendation of the Magistrate Judge. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants . . . .' ") (quoting *Mathews v. Weber*, 423 U.S. 262, 275 (1976)). The Court thus **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Docket No. 3) as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that this petition for writ of habeas corpus is **DISMISSED**.

**So ORDERED and SIGNED this 20th day of December, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE